7203.    McGHEE COTTON COMPANY *v.* PERUVIAN GUANO CORPORATION.

HODGES, J. This case has heretofore been passed upon by this court, and, so far as the record shows, there seems to be no change in the evidence. In the previous decision it was held that, under the pleadings and the evidence, a verdict for the full amount sued for was strongly authorized, if not demanded. *Peruvian Guano Corporation v. McGhee Cotton Co.,* 16 *Ga. App.* 349 (85 S. E. 355).

                                                 *Judgment affirmed.*

DECIDED JUNE 28, 1916.

Complaint; from city court of Floyd county—Judge Nunnally. November 2, 1915.

*M. B. Eubanks,* for plaintiff in error.

*Lipscomb & Willingham, Nathan Harris,* contra.